UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN PESA, LUIS LUNA, NELSON BICA, MARIO BICA, JOSE ASITIMBAY, and BRANKO PUNTAROVIC, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

BARBETTA RESTAURANT, INC. and LAURA MAIOGLIO,

                Defendants.
-------------------------------------------------------------X

10 Civ. 001 (PAC) (RLE)

**CONSENT TO SUE**

**ECF CASE**

    I hereby consent to be a plaintiff in the case of *Pesa, et al. v. Barbetta Restaurant, Inc., et ano.*, 10 Civ. 001 (PAC) (RLE). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 11/22/ , 2010

                Signature: *Robert David Jurado*

                Name: ROBERT DAVID JURADO