UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN PESA, LUIS LUNA, NELSON BICA, MARIO :
BICA, JOSE ASITIMBAY, and BRANKO         :   10 Civ. 001 (PAC) (RLE)
PUNTAROVIC, on behalf of themselves and all :
others similarly situated,               :
                        Plaintiffs,      :   CONSENT TO SUE
                                         :
        -against-                        :
                                         :   ECF CASE
BARBETTA RESTAURANT, INC. and LAURA      :
MAIOGLIO                                 :
                                         :
                        Defendants.      :
------------------------------------------------------------X

I hereby consent to be a plaintiff in the case of *Pesa, et al. v. Barbetta Restaurant, Inc., et ano.*, 10 Civ. 001 (PAC) (RLE). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 04 . 13 , 2011

Signature: _____

Name: MIHAI DUMITRU